ERIK J. OLSON (BAR NO. 175815)
EJOlson@mofo.com
BRIAN L. LEVINE (BAR NO. 246726)
BLevine@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  650.813.5600
Facsimile:   650.494.0792

Attorneys for Defendant
CALIFORNIA RECONVEYANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA ENGEL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, FA., a business entity, form unknown; NATIONAL CITY BANK, a business entity, form unknown; ALLIANCE TITLE COMPANY, a business entity, form unknown; UNITED TITLE AND SETTLEMENT, a business entity, form unknown; CALIFORNIA RECONVEYANCE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive,<br><br>　　　　　　　Defendants. | Case No.  3:11-cv-00055-EMC<br><br>**STIPULATION EXTENDING DATES; [PROPOSED] ORDER** |

　　　　Plaintiff DIANA ENGEL ("Plaintiff") and Defendant CALIFORNIA RECONVEYANCE COMPANY ("Defendant"), through their respective undersigned counsel, hereby stipulate pursuant to Local Rules 6-2 and 7-12 as follows:

　　　　WHEREAS, in addition to filing this lawsuit, Plaintiff has sought specific relief from Defendants which may moot this lawsuit; and

1  WHEREAS, Defendant believes that it is likely that a decision will be made regarding said relief and communicated to Plaintiff within the near future;

IT IS HEREBY STIPULATED THAT:

1. Plaintiff and Defendant stipulate and agree that the date for all Defendants to respond to Plaintiff's complaint will be extended until May 10, 2011. This is the Defendants' first extension and is without prejudice to a request to any further extension if needed.

2. Defendant stipulates and agrees that it will not sell Plaintiff's property located at 2952 Somerset Avenue, Castro Valley, California, before the Court has issued a ruling on its Motion to Dismiss.

Dated: February 24, 2011  JOSEPH A. LEPERA
LEPERA & ASSOCIATES, PC


By: */s/ Joseph A. Lepera*
       JOSEPH A. LEPERA

       Attorneys for Plaintiff
       DIANA ENGEL

Dated: February 24, 2011  ERIK J. OLSON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP


By: */s/ Brian L. Levine*
       BRIAN L. LEVINE

       Attorneys for Defendant
       CALIFORNIA RECONVEYANCE
       COMPANY

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation Extending Dates; [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Joseph A. Lepera has concurred in this filing.

Dated: February 24, 2011  MORRISON & FOERSTER LLP

By: */s/ Brian L. Levine*
       BRIAN L. LEVINE

       Attorneys for Defendant

```
```
1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 Dated: 2/25 , 2011

3

4 By: _____
Magistrate Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2     Dated: 2/25, 2011

4     By: _____
           Magistrate Judge Edward M. Chen

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*