1  ERIK J. OLSON (BAR NO. 175815)
   EJOlson@mofo.com
2  BRIAN L. LEVINE (BAR NO. 246726)
   BLevine@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone:  650.813.5600
5  Facsimile:   650.494.0792

6  Attorneys for Defendant
   CALIFORNIA RECONVEYANCE COMPANY
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  DIANA ENGEL, an individual,                    Case No. 3:11-cv-00055-EMC

                        Plaintiff,
13
         v.                                        **STIPULATION CONTINUING
14                                                 CASE MANAGEMENT
    WASHINGTON MUTUAL BANK, FA., a                 CONFERENCE; [PROPOSED]
15  business entity, form unknown; NATIONAL        ORDER**
    CITY BANK, a business entity, form unknown;
16  ALLIANCE TITLE COMPANY, a business
    entity, form unknown; UNITED TITLE AND
17  SETTLEMENT, a business entity, form unknown;
    CALIFORNIA RECONVEYANCE COMPANY,
18  a business entity, form unknown; MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS,
19  INC., a business entity, form unknown; and DOES
    1-100 inclusive,
20
                        Defendants.
21

22

23

24

25

26

27

28

pa-1455737                           1
STIPULATION EXTENDING DATES

1   Plaintiff DIANA ENGEL ("Plaintiff") and Defendant CALIFORNIA RECONVEYANCE
2   COMPANY ("Defendant"), through their respective undersigned counsel, hereby stipulate
3   pursuant to Local Rules 6-2 and 7-12 as follows:
4   WHEREAS, in addition to filing this lawsuit, Plaintiff has sought specific relief from
5   Defendants which may moot this lawsuit; and
6   WHEREAS, Defendant believes that it is likely that a decision will be made regarding
7   said relief and communicated to Plaintiff within the near future;
8   IT IS HEREBY STIPULATED THAT:
9   1.   The date for the Initial Case Management Conference shall be continued from
10  April 20, 2011 to July 27, 2011, or such date thereafter as is convenient for the Court.
11  2.   Defendants shall not be required to respond to the complaint until 30 days
12  following the Case Management Conference.
13  3.   The Parties shall not be required to make initial disclosures pursuant to Federal
14  Rule of Civil Procedure 26 or otherwise engage of discovery until 30 days following the Case
15  Management Conference.

Dated: April 5, 2011                 JOSEPH A. LEPERA
                                     LEPERA & ASSOCIATES, PC

                                     By:   /s/Joseph A. Lepera
                                           JOSEPH A. LEPERA
                                     Attorneys for Plaintiff
                                     DIANA ENGEL

Dated: April 5, 2011                 ERIK J. OLSON
                                     BRIAN L. LEVINE
                                     MORRISON & FOERSTER LLP

                                     By:   /s/Brian L. Levine
                                           BRIAN L. LEVINE
                                     Attorneys for Defendant
                                     CALIFORNIA RECONVEYANCE
                                     COMPANY

| | |
|---|---|
| 1 | I, Brian L. Levine, am the ECF User whose ID and password are being used to file this STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Joseph A. Lepera has concurred in this filing. |

Dated: April 5, 2011                    MORRISON & FOERSTER LLP

                                        By:   /s/ Brian L. Levine
                                              BRIAN L. LEVINE

                                        Attorneys for Defendant

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____4/11_____, 2011

                                        By: _____
                                              Magistrate Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

pa-1455737                              3
STIPULATION EXTENDING DATES