**Stuart B. Wolfe (SBN 156471)**
**Marcus T. Brown (SBN 255662)**
**mtbrown@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank (named as "National City Bank")**

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIANA ENGEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, a business entity, form unknown; NATIONAL CITY BANK, a business entity, form unknown; ALLIANCE TITLE COMPANY, a business entity, form unknown; UNITED TITLE AND SETTLEMENT, a business entity, form unknown; CALIFORNIA RECONVEYANCE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 4:11-cv-00055 SBA<br><br>*Assigned For All Purposes To:*<br>Hon. Saundra Brown Armstrong<br>Courtroom 1 – 4th Floor<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: May 11, 2011<br>Time: 4:00 p.m.<br>Place: By Telephone |

Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank (named as "National City Bank") ("PNC"), Plaintiff DIANA ENGEL ("Plaintiff") and Defendant CALIFORNIA RECONVEYANCE COMPANY ("CRC") (collectively, the "Parties") hereby stipulates as follows:

///

///

WHEREAS, the judicial reassignment of this case to the Honorable Saundra Brown Armstrong occurred on April 22, 2011, and on April 26, 2011 the Initial Case Management Conference ("CMC") was reset to May 11, 2011;

WHEREAS, PNC has only recently appeared in the case and CRC's time to respond to the complaint has not yet expired;

WHEREAS, the case is not at issue and PNC's motion to dismiss is pending and will not be heard until September 27, 2011; and

WHEREAS, the Parties have not had sufficient opportunity to meet and confer, and believe it would be inefficient to hold the Case Management Conference before the case is at issue.

IT IS HEREBY STIPULATED THAT:

1. The date for the Initial Case Management Conference shall be continued from May 11, 2011 to October 26, 2011, or until the next available date which is convenient to the Court.

IT IS SO STIPULATED.

DATED: April 29, 2011

WOLFE & WYMAN LLP

By: /s/ Marcus T. Brown SBN 255662
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank (named as "National City Bank")**

DATED: April 29, 2011

LEPERA & ASSOCIATES, PC

By: /s/ Joseph A. Lepera
JOSEPH A. LEPERA
**Attorneys for Plaintiff**
**DIANA ENGEL**

DATED: April 29, 2011

MORRISON & FOERSTER LLP

By: /s/ Brian L. Levine
BRIAN L. LEVINE
**Attorneys for Defendant**
**CALIFORNIA RECONVEYANCE COMPANY**

**ORDER**

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for May 11, 2011 is CONTINUED to October 26, 2011 at 2:30 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: _5/2/11

Saundra B. Armstrong
Hon. Saundra Brown Armstrong
JUDGE OF THE U.S. DISTRICT COURT

WOLFE & WYMAN LLP
Attorneys & Counselors At Law