1  **Stuart B. Wolfe (SBN 156471)**
   *sbwolfe@wolfewyman.com*
2  **Marcus T. Brown (SBN 255662)**
   *mtbrown@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **2175 N. California Blvd., Suite 645**
4  **Walnut Creek, California 94596-3502**
   **Telephone:  (925) 280-0004**
5  **Facsimile:  (925) 280-0005**

6  **Attorneys for Defendant**
   **PNC BANK, NATIONAL ASSOCIATION, as**
7  **successor by merger to National City Bank**
   **(named as "National City Bank")**

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                          **OAKLAND DIVISION**

12  DIANA ENGEL, an individual,                | Case No.:  4:11-cv-00055 SBA

13              Plaintiff,                      | *Assigned For All Purposes To:*
                                                | Hon. Saundra Brown Armstrong
14      v.                                      | Courtroom 1 – 4th Floor

15  WASHINGTON MUTUAL BANK, FA, a
    business entity, form unknown; NATIONAL     | **STIPULATION AND ORDER CONTINUING**
16  CITY BANK, a business entity, form unknown; | **CASE MANAGEMENT CONFERENCE**
    ALLIANCE TITLE COMPANY, a business
17  entity, form unknown; UNITED TITLE AND      | Date:   October 26, 2011
    SETTLEMENT, a business entity, form         | Time:   2:30 p.m.
18  unknown; CALIFORNIA RECONVEYANCE            | Place:  By Telephone
    COMPANY, a business entity, form unknown;
19  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., a business
20  entity, form unknown; and DOES 1-100,
    inclusive,

21              Defendants.

22

23

24          Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National

25  City Bank (named as "National City Bank") ("PNC"), Plaintiff DIANA ENGEL ("Plaintiff") and

26  Defendant CALIFORNIA RECONVEYANCE COMPANY ("CRC") (collectively, the "Parties")

27  hereby stipulate as follows:

28  ///

*(left margin, vertical text)* **WOLFE & WYMAN LLP**  Attorneys & Counselors At Law

924292.1

1    WHEREAS, the Initial Case Management Conference ("CMC") is scheduled to occur by

2    telephone on October 26, 2011;

3    WHEREAS, the Parties have met and conferred through their attorneys regarding the status

4    of the case and the upcoming CMC;

5    WHEREAS, PNC's motion to dismiss Plaintiff's complaint is under submission with the

6    court;

7    WHEREAS, per the agreement of Plaintiff, CRC has not filed a response to the complaint,

8    and the case is not at issue;

9    WHEREAS, counsel for CRC reports that Plaintiff sold the subject real property on or about

10   August 26, 2011;

11   WHEREAS, in light of the reported sale of the property, Plaintiff's counsel requires

12   additional time to confer with his client regarding whether she wishes to continue to prosecute this

13   case; and

14   WHEREAS, given the foregoing, the Parties believe that it would be inefficient to hold the

15   CMC on October 26 and that the case will not be ripe for scheduling or other case management at

16   that time, and

17   THEREFORE, IT IS HEREBY STIPULATED THAT the Initial Case Management

18   Conference, currently set for October 26, 2011, shall be continued at least 60 days to allow

19   additional time for Plaintiff's counsel to confer with his client and for the court to rule on PNC's

20   motion to dismiss.

21   IT IS SO STIPULATED.

22

23   DATED:  October 14, 2011              WOLFE & WYMAN LLP

24

25                                        By:  /s/ Marcus T. Brown SBN 255662

26                                             STUART B. WOLFE
                                              MARCUS T. BROWN
27                                       **Attorneys for Defendant**
                                         **PNC BANK, NATIONAL ASSOCIATION, as**
28                                       **successor by merger to National City Bank (named**
                                         **as "National City Bank")**

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

924292.1

1    DATED:  October 14, 2011        LEPERA & ASSOCIATES, PC

2

3                                       By:  /s/ Joseph A. Lepera
                                             JOSEPH A. LEPERA

4                                       **Attorneys for Plaintiff**
                                      **DIANA ENGEL**

5    DATED:  October 14, 2011        MORRISON & FOERSTER LLP

6

7                                       By:  /s/ Brian L. Levine

8                                           BRIAN L. LEVINE
                                      **Attorneys for Defendant**
                                      **CALIFORNIA RECONVEYANCE COMPANY**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

3

924292.1

## ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for October 26, 2011, is CONTINUED to January 25, 2012 at 2:45 p.m.   Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than seven (7) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 10/17/11

Hon. Saundra Brown Armstrong
U.S. DISTRICT COURT JUDGE

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

924292.1