1  **Stuart B. Wolfe (SBN 156471)**
   *sbwolfe@wolfewyman.com*
2  **Marcus T. Brown (SBN 255662)**
   *mtbrown@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **2175 N. California Blvd., Suite 645**
4  **Walnut Creek, California 94596-3502**
   **Telephone: (925) 280-0004**
5  **Facsimile: (925) 280-0005**

6  **Attorneys for Defendant**
   **PNC BANK, NATIONAL ASSOCIATION, as**
7  **successor by merger to National City Bank**
   **(named as "National City Bank")**

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

| | |
|---|---|
| 12  DIANA ENGEL, an individual, | Case No.: 4:11-cv-00055 SBA |
| 13             Plaintiff, | *Assigned For All Purposes To:* |
| 14     v. | Hon. Saundra Brown Armstrong<br>Courtroom 1 – 4th Floor |
| 15  WASHINGTON MUTUAL BANK, FA, a<br>business entity, form unknown; NATIONAL | |
| 16  CITY BANK, a business entity, form unknown;<br>ALLIANCE TITLE COMPANY, a business | **STIPULATION AND ORDER CONTINUING**<br>**CASE MANAGEMENT CONFERENCE** |
| 17  entity, form unknown; UNITED TITLE AND<br>SETTLEMENT, a business entity, form | Date:  October 26, 2011<br>Time:  2:30 p.m. |
| 18  unknown; CALIFORNIA RECONVEYANCE<br>COMPANY, a business entity, form unknown; | Place: By Telephone |
| 19  MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., a business | |
| 20  entity, form unknown; and DOES 1-100,<br>inclusive, | |
| 21 | |
| 22             Defendants. | |

23

24         Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National

25  City Bank (named as "National City Bank") ("PNC"), Plaintiff DIANA ENGEL ("Plaintiff") and

26  Defendant CALIFORNIA RECONVEYANCE COMPANY ("CRC") (collectively, the "Parties")

27  hereby stipulate as follows:

28  ///

                                    1
**STIPULATION & ORDER CONTINUING CMC – CASE NO. 4:11-cv-00055 SBA**

924292.1

**1**  WHEREAS, the Initial Case Management Conference ("CMC") is scheduled to occur by
**2** telephone on October 26, 2011;
**3**  WHEREAS, the Parties have met and conferred through their attorneys regarding the status
**4** of the case and the upcoming CMC;
**5**  WHEREAS, PNC's motion to dismiss Plaintiff's complaint is under submission with the
**6** court;
**7**  WHEREAS, per the agreement of Plaintiff, CRC has not filed a response to the complaint,
**8** and the case is not at issue;
**9**  WHEREAS, counsel for CRC reports that Plaintiff sold the subject real property on or about
**10** August 26, 2011;
**11**  WHEREAS, in light of the reported sale of the property, Plaintiff's counsel requires
**12** additional time to confer with his client regarding whether she wishes to continue to prosecute this
**13** case; and
**14**  WHEREAS, given the foregoing, the Parties believe that it would be inefficient to hold the
**15** CMC on October 26 and that the case will not be ripe for scheduling or other case management at
**16** that time, and
**17**  THEREFORE, IT IS HEREBY STIPULATED THAT the Initial Case Management
**18** Conference, currently set for October 26, 2011, shall be continued at least 60 days to allow
**19** additional time for Plaintiff's counsel to confer with his client and for the court to rule on PNC's
**20** motion to dismiss.
**21**  IT IS SO STIPULATED.
**22**
**23** DATED: October 14, 2011                WOLFE & WYMAN LLP
**24**
**25**                                        By: /s/ Marcus T. Brown SBN 255662
                                               STUART B. WOLFE
                                               MARCUS T. BROWN
**26**                                        **Attorneys for Defendant**
                                           **PNC BANK, NATIONAL ASSOCIATION, as**
**27**                                        **successor by merger to National City Bank (named**
                                           **as "National City Bank")**
**28**

2
**STIPULATION & ORDER CONTINUING CMC – CASE NO. 4:11-cv-00055 SBA**

924292.1

| | | |
|---|---|---|
| 1 | DATED: October 14, 2011 | LEPERA & ASSOCIATES, PC |
| 2 | | |
| 3 | | By: /s/ Joseph A. Lepera<br>    JOSEPH A. LEPERA |
| 4 | | **Attorneys for Plaintiff**<br>**DIANA ENGEL** |
| 5 | DATED: October 14, 2011 | MORRISON & FOERSTER LLP |
| 6 | | |
| 7 | | By: /s/ Brian L. Levine<br>    BRIAN L. LEVINE |
| 8 | | **Attorneys for Defendant**<br>**CALIFORNIA RECONVEYANCE COMPANY** |

3

**STIPULATION & ORDER CONTINUING CMC – CASE NO. 4:11-cv-00055 SBA**

924292.1

**ORDER**

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for October 26, 2011, is CONTINUED to <u>January 25, 2012 at 2:45 p.m.</u>   Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than seven (7) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 10/17/11                                   _____*Saundra B. Armstrong*_____
                                                              Hon. Saundra Brown Armstrong
                                                              U.S. DISTRICT COURT JUDGE