JOSEPH A. LEPERA (SBN 207615)
NATALIE ANN GARCIA (SBN 278214)
LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 362-2529
Facsimile: (415) 362-9022
Email: joseph@leperalaw.com
Email: natalie@leperalaw.com

Attorneys for Plaintiff
DIANA ENGEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA ENGEL, an individual, | Case No.: 4:11-cv-00055-SBA |
| Plaintiff, | **ORDER DISMISSING DEFENDANTS CALIFORNIA RECONVEYANCE COMPANY AND NATIONAL CITY BANK WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| v. | |
| WASHINGTON MUTUAL BANK, FA., a business entity, form unknown; NATIONAL CITY BANK, a business entity, form unknown; ALLIANCE TITLE COMPANY, a business entity, form unknown; UNITED TITLE AND SETTLEMENT, a business entity, form unknown; CALIFORNIA RECONVEYANCE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive, | Complaint Filed: January 5, 2011<br>Trial Date:         Not yet set |
| Defendants. | |

1
_____
*Diana Engel v. Washington Mutual Bank, et al.* – Case No. 4:11-cv-00055-SBA
[PROPOSED] ORDER DISMISSING DEFENDANTS CALIFORNIA RECONVEYANCE COMPANY AND NATIONAL CITY BANK WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff DIANA ENGEL ("Plaintiff") voluntarily dismissed all claims in this action *with* prejudice as to Defendant CALIFORNIA RECONVEYANCE COMPANY and Defendant NATIONAL CITY BANK ("Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1) with a stipulation of a dismissal signed by Defendants.

IT IS HEREBY ORDERED the Court dismiss *with* prejudice as to Defendant CALIFORNIA RECONVEYANCE COMPANY and Defendant NATIONAL CITY BANK ("Defendants") in this action.

DATED:_3/27/12                                          By: *Saundra B. Armstrong*

                                                                Judge of the United States District Court