JOSEPH A. LEPERA (SBN 207615)
NATALIE ANN GARCIA (SBN 278214)
LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 362-2529
Facsimile: (415) 362-9022
Email: joseph@leperalaw.com
Email: natalie@leperalaw.com

Attorneys for Plaintiff
DIANA ENGEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA ENGEL, an individual,<br><br>         Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK, FA., a business entity, form unknown; NATIONAL CITY BANK, a business entity, form unknown; ALLIANCE TITLE COMPANY, a business entity, form unknown; UNITED TITLE AND SETTLEMENT, a business entity, form unknown; CALIFORNIA RECONVEYANCE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive,<br><br>         Defendants. | Case No.: 4:11-cv-00055-SBA<br><br>**ORDER DISMISSING DEFENDANTS CALIFORNIA RECONVEYANCE COMPANY AND NATIONAL CITY BANK WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:  January 5, 2011<br>Trial Date:           Not yet set |

1
_____

1    PLEASE TAKE NOTICE that Plaintiff DIANA ENGEL ("Plaintiff") voluntarily dismissed all claims in this action *with* prejudice as to Defendant CALIFORNIA RECONVEYANCE COMPANY and Defendant NATIONAL CITY BANK ("Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1) with a stipulation of a dismissal signed by Defendants.

   IT IS HEREBY ORDERED the Court dismiss *with* prejudice as to Defendant CALIFORNIA RECONVEYANCE COMPANY and Defendant NATIONAL CITY BANK ("Defendants") in this action.

DATED: 3/27/12                                    By: *Saundra B. Armstrong*

                                                  Judge of the United States District Court

LEPERA & ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, CA 94111